# United States Court of Appeals
## For the First Circuit

_____

No. 01-1746

PETER DURIEX-GAUTHIER,

Plaintiff, Appellee,

v.

CARLOS LOPEZ-NIEVES,

Defendant, Appellant,

JANE DOE,
AND THE CONJUGAL PARTNERSHIP CONSTITUTED BY LOPEZ-NIEVES AND DOE,

Defendants.
_____


**ERRATA SHEET**

The opinion of this court, issued December 10, 2001, should be amended as follows:

p 5, line 1: insert close quotation marks after "public service"

p 5, line 22: insert space before "§ 707"

p 5, line 24: change "scrivner's" to "scrivener's"

p 9, line 12: change "1st" to "1st"

p 10, line 9: change "1st" to "1st"

p 14, line 21: remove "both"

p 15, fn 6, line 6: change "Zinerman" to "Zinermon"